# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BRANDI JO CANNON,**

      **Plaintiff,**

 v.                                             Case No.:  2:14-cv-2397
                                                         JUDGE GEORGE C. SMITH
                                                         Magistrate Judge Kemp

**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

## ORDER

      This case is before the Court on the Joint Stipulation to Remand to the Commissioner (Doc. 7).  The parties jointly stipulate and request this Court to remand this case to the Defendant for further administrative action pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  The Office of Disability Adjudication and Review improperly dismissed Plaintiff's request for review of the administrative law judge's decision as not timely filed.  But, upon further review, determined that Plaintiff's request was timely filed and should be reinstated.

      Accordingly, pursuant to the Joint Stipulation to Remand, this action is remanded pursuant to sentence six of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), to an administrative law judge for further administrative action.

      **IT IS SO ORDERED.**

                                                                */s/ George C. Smith*
                                                                **GEORGE C. SMITH, JUDGE**

**UNITED STATES DISTRICT COURT**